```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -:
JUAN Y. SHENG,                          : 09 Civ. 10397 (JSR) (JCF)
                                        :
                Plaintiff,              :   O R D E R
                                        :
        - against -                     :
                                        :
TIME WARNER CABLE OF NEW YORK CITY,     :
a Division of Time Warner               :
Entertainment Co., LP, a Delaware       :
limited partnership,                    :
                                        :
                Defendant.              :
- - - - - - - - - - - - - - - - - - - -:
```

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Defendant having moved to dismiss the complaint, it is hereby ORDERED as follows:

1. Plaintiff shall answer the motion by March 19, 2010.

2. Defendant shall reply by March 31, 2010.

SO ORDERED.

*/s/ James C. Francis IV*
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:   New York, New York
         February 22, 2010

Copies mailed this date:

Juan Y. Sheng
84-01 Main Street, Apt. 508
Briarwood, New York 11435

Kenneth A. Margolis, Esq.
Kauff McGuire & Margolis LLP
950 Third Avenue, 14th Floor
New York, New York 10022

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/22/10

1